UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BARBARA A. NEZELEK,

                                 Plaintiff,

                v.                              3:05-CV-1481
                                                        (FJS/DEP)
MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                                Defendant.
_____

**APPEARANCES**                                     **OF COUNSEL**

**HINMAN HOWARD & KATTELL LLP**     **EUGENE D. FAUGHNAN, ESQ.**
700 Security Mutual Building
80 Exchange Street
P.O. Box 5250
Binghamton, New York 13902-5250
Attorneys for Plaintiff


**OFFICE OF THE UNITED**               **WILLIAM H. PEASE, AUSA**
**STATES ATTORNEY**
James Hanley U.S. Courthouse and
Federal Building
100 South Clinton Street
P.O. Box 7198
Syracuse, New York 13261-7198
Attorneys for Defendant


**SCULLIN, Senior Judge**


                                               **ORDER**

       In a Report and Recommendation dated February 14, 2008, Magistrate Judge Peebles recommended that this Court grant Defendant's motion for judgment on the pleadings, affirm the Commissioner's decision, and dismiss the complaint. *See* Dkt. No. 8. Magistrate Judge Peebles

found that, although Plaintiff has residual effects due to knee conditions, the evidence supports a finding that she is able to perform sedentary work and that, because Plaintiff's past relevant work is sedentary in nature, the Administrative Law Judge's ("ALJ") finding that she can perform the exertional requirements of her past relevant work as a social worker is supported by substantial evidence. *See id*. at 22.

Currently before the Court are Plaintiff's objections to Magistrate Judge Peebles' Report and Recommendation: (1) the ALJ did not give Plaintiff's treating physician controlling weight in favor of an agency consultant; (2) the ALJ incorrectly found that Plaintiff could perform sedentary work; and (3) the ALJ improperly found that Plaintiff could perform her past relevant work. *See* Dkt. No. 9.[1]

With respect to all of Plaintiff's objections, the Court concludes that Magistrate Judge Peebles applied the appropriate law and correctly found that substantial evidence supported the ALJ's findings. Therefore, the Court finds that Plaintiff's objections on these issues are without merit for the reasons stated in the Report and Recommendation.

Accordingly, after carefully considering Magistrate Judge Peebles' Report and Recommendation, Plaintiff's objections thereto, as well as the applicable law, and for the reasons stated in Magistrate Judge Peebles' Report and Recommendation, the Court hereby

**ORDERS** that Magistrate Judge Peebles' February 14, 2008 Report and Recommendation is **ADOPTED** in its entirety; and the Court further

---

[1] Plaintiff presented all of these issues to Magistrate Judge Peebles, who thoroughly discussed them in his Report and Recommendation.

**ORDERS** that Defendant's motion for judgment on the pleadings is **GRANTED**, the Commissioner's decision is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment for Defendant and close this case.

**IT IS SO ORDERED.**

Dated: May 6, 2009
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge